UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cr-00159-TWP-MJD |
| ) | |
| DAMIEN LEE JONES, JR., ) | -01 |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 21, 2025, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Filing Nos. 69 and 73). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

Date: 7/7/2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Electronic notice to USPO

Electronic notice to USM-C

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Pamela S. Domash
DOJ-USAO
pamela.domash@usdoj.gov